UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Staci Ann Blanton,<br><br>　　　　　Defendant. | No. 2:19-cr-0081-KJM-4<br><br>ORDER |

　　　　On May 31, 2024, defendant Staci Ann Blanton filed an unopposed request to file her medical records as Exhibit B under seal.  *See* Req. Seal, ECF No. 430.

　　　　The court has considered the factors set forth in *Oregonian Publishing Company v. United States District Court for the District of Oregon* and finds defendant has met her burden of overcoming the strong presumption in favor of public access to judicial records.  920 F.2d 1462, 1466 (9th Cir. 1990) (factors are "(1) closure serves a compelling interest; (2) there is a substantial possibility that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives that would adequately protect the compelling interest.") (citing *Press-Enter. Co. v. Superior Ct.*, 478 U.S. 1, 13–14, (1986)); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

　　　　The subject of Blanton's medical records has a strong interest in confidentiality, which, in this case, outweighs the public's interest in access.  *See Valenzuela v. Corizon Health*,

1

2018 WL 11014310 (D. Ariz. July 3, 2018) (granting plaintiff's motion to "seal documents containing her privileged medical information"); *Chester v. King*, No. 16-01257, 2019 WL 5420213, at *2 (E.D. Cal. Oct. 23, 2019) (collecting cases and noting courts in this circuit have "recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records"). The court also finds there are no alternatives to sealing that would adequately protect these compelling interests. Therefore, the court **directs the Clerk of Court** to file defendant's medical records under seal.

This order resolves ECF No. 430.

IT IS SO ORDERED.

DATED: July 21, 2024.

CHIEF UNITED STATES DISTRICT JUDGE